**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Victor Acosta**<br>DOB: 1975; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-03001MJ |

Complaint for violation of Title 18, United States Code, Section 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March, 23, 2022, in the District of Arizona, **Victor Acosta** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 19,000 rounds of 7.62x39 mm ammunition and 3,000 rounds of .223 caliber ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 23, 2022, **Victor Acosta**, presented himself for inspection at the outbound vehicle lane at the Mariposa, Nogales, Arizona, Port of Entry to leave the United States and travel into Mexico. **Acosta** was the driver, sole occupant, and registered owner of a 2005 Suzuki XL7 (vehicle) bearing an Arizona license plate. **Acosta** informed United States Customs and Border Protection (CBP) at the primary outbound inspection that he was going to Mexico to visit his girlfriend. CBP asked **Acosta** if he was in possession of any ammunition and **Acosta** stated that he had ammunition in his vehicle. **Acosta** and his vehicle were escorted to the secondary inspection area where CBP found 22 boxes of ammunition inside the vehicle. Each box of ammunition contained 1,000 rounds. 16 boxes contained Red Army 7.62x39mm rounds, 3 boxes contained Wolf 7.62x39mm rounds, and 3 boxes contained Wolf .223 caliber rounds. A total of 22,000 rounds were located inside **Acosta's** vehicle.

All of the ammunition **Acosta** smuggled and intended to export to Mexico is designated on the United States Commerce Control List as prohibited by law for export from the United States into Mexico without a valid license. Neither **Acosta** nor any other individual involved in the attempted export of the ammunition had a license or any other lawful authority to export it from the United States into Mexico.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Brandon Bolling*<br><br>Sworn by telephone __x__ | SIGNATURE OF COMPLAINANT<br>STEVEN M ANDUJAR<br>Digitally signed by STEVEN M ANDUJAR<br>Date: 2022.03.23 15:47:58 -07'00'<br><br>OFFICIAL TITLE<br>HSI Special Agent Steven Andujar |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br>*Leslie A. Bowman* | DATE<br>March 23, 2022 |

[1)] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54