JON M. SANDS
Federal Public Defender
MATEI TARAIL
State Bar No. 024566
matei_tarail@fd.org
Assistant Federal Public Defender
407 West Congress Street, Suite 501
Tucson, Arizona 85701-1355
Telephone: (520) 879-7500
Fax No.: (520)879-7601
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>  v.<br><br>Victor Acosta,<br><br>   Defendant. | NO. CR-22-00680-TUC-JAS (EJM)<br><br>**NOTICE OF APPEAL** |

  Notice is hereby given that the Defendant, VICTOR ACOSTA, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment of the district court entered in this action on March 6, 2023, pursuant to Fed. R. App. P. 4(b)(1)(A)(i).

  RESPECTFULLY SUBMITTED March 10, 2023.

              JON M. SANDS
              Federal Public Defender

              *s/ Matei Tarail*
              MATEI TARAIL
              Attorney for Defendant